**The People of the State of Illinois, defendant in error, v. Tony Brush, plaintiff in error. Gen. No. 7,892.**

Prosecution for violation of Prohibition Act. Judgment of conviction. Error to the County Court of Christian county; the Hon. C. G. Vogelsang, Judge, presiding. Heard in this court at the October term, 1925. Affirmed. Opinion filed December 31, 1925. Rehearing denied February 23, 1926.

John G. Friedmeyer and Thomas F. Smith, for plaintiff in error. Carl H. Preihs, State's Attorney, and W. S. Greer, Assistant State's Attorney, for defendant in error.

Mr. Justice Crow delivered the opinion of the court.